

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00593-CV

**IN THE INTEREST OF B.B.M.M.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01403
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's judgment terminating parental rights is AFFIRMED. No costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED March 5, 2025.

_____
Adrian A. Spears II, Justice